IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALVA HARTWRIGHT | : | CIVIL ACTION |
| v. | : | |
| SUPERINTENDENT PICKENS, et al. | : | NO. 10-cv-1444-JF |

### ORDER

AND NOW, this 24th day of August 2010, upon careful and independent review of the Report and Recommendation of Thomas J. Rueter, Chief United States Magistrate Judge, and the petitioner's Objections to the Report and Recommendation, IT IS ORDERED THAT:

1. The Report and Recommendation is ADOPTED AND APPROVED.

2. The petitioner's objections are OVERRULED.

3. The petition for a writ of habeas corpus is DENIED.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

John P. Fullam, Sr. J.